# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DEURSLA LASHAY BARRON**                                                      **PLAINTIFF**

**V.**                **CASE NO. 3:20-CV-252-DPM-BD**

**MARIAH MOORE, Matron,**
**Officer, Guard, Craighead**
**County Detention Center; and**
**EMILY JONES, Matron, Officer,**
**Guard, Craighead County**
**Detention Center**                                                          **DEFENDANTS**

## ORDER

Plaintiff Deursla Lashay Barron, an inmate in the Craighead County Detention Facility, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Doc. No. 2) For screening purposes, Ms. Barron has stated deliberate-indifference claims against Defendants Moore and Jones. (Doc. No. 2) Accordingly, service is proper.

The Clerk of Court is directed to prepare summonses for Defendants Moore and Jones. The United States Marshal is directed to serve each Defendant with a summons and a copy of the complaint, with any attachments (Doc. No. 2), without requiring prepayment of fees and costs or security. Service for these Defendants should be through the Craighead County Detention Facility, 901 Willet Road, Jonesboro, Arkansas 72401.

IT IS SO ORDERED, this 31st day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE