## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DEURSLA LASHAY BARRON**                                                **PLAINTIFF**

**V.**                         **CASE NO. 3:20-CV-252-DPM-BD**

**MARIAH MOORE,** *et al.*                                                **DEFENDANTS**

### ORDER

The Defendants have moved for summary judgment, contending that Ms. Barron did not fully exhaust grievances against them before she filed her complaint in this case. (Doc. No. 15) Ms. Barron may file a response opposing the motion, if she wishes. To be considered, the response must be filed within 14 days of this Order.

In opposing the motion for summary judgment, Ms. Barron may attach affidavits that she or others have signed. Because affidavits are sworn statements, they must be either notarized or declared under penalty of perjury (see 28 U.S.C. § 1746). Unsworn statements will not be considered in deciding the motion for summary judgment. And to be considered, an affidavit must be based on the personal knowledge of the person who signs it.

Defendants' motion concerns only whether Ms. Barron fully exhausted the grievance process before filing this lawsuit. Therefore, her response to the Defendants' motion should address only that issue; that is, whether she exhausted her administrative remedies before filing suit and, if not, whether there was a valid reason why she did not.

IT IS SO ORDERED this 25th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE