IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DEURSLA LASHAY BARRON                                        PLAINTIFF

v.                      No. 3:20-cv-252-DPM-BD

MARIAH MOORE, Matron, Officer,
Guard, Craighead County Detention Center,
and EMILY JONES, Matron, Officer,
Guard, Craighead County Detention Center                    DEFENDANTS

ORDER

Unopposed recommendation, *Doc. 19*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Moore and Jones's motion for summary judgment, *Doc. 15*, is granted. Barron's complaint will be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

11 March 2021