IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DEURSLA LASHAY BARRON                                             PLAINTIFF

v.                          No. 3:20-cv-252-DPM-BD

MARIAH MOORE, Matron, Officer,
Guard, Craighead County Detention Center,
and EMILY JONES, Matron, Officer,
Guard, Craighead County Detention Center                          DEFENDANTS

## JUDGMENT

Barron's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 March 2021